DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EFRAIN RIVERA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-753

[August 12, 2012]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2011-CF-013345-AXXX-MB.

Efrain Rivera, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and FORST, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*